AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MULLEN, GRAHAM C. | 2. Court or Organization  WESTERN DISTRICT OF N.C. | 3. Date of Report  7/25/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  230 CHARLES R. JONAS BUILDING  401 WEST TRADE STREET  CHARLOTTE, NC 28202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Horary Life Member | Duke University Law School Board of Visitors |
| 2. Member adjunct faculty | Department of Political Science UNC Charlotte |
| 3. Member HOA Board | Royal Crest Home Owners |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Mullen, Graham C.**

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BRANCH BANK & TRUST CO. (Bank Accounts) | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Smith Barney Money Market Fund (See explanation) | C | Int./Div. | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Smith Barney Money Market Fund (See explanation) | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Central Fund - Canada | A | Dividend | K | T | | | J | | |
| 8. | | | | | | | | | |
| 9. Intel Corp. | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Merck & Co. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. General Electric | A | Dividend | J | T | Buy (add'l) | 04/06/10 | J | | |
| 16. | | | | | | | | | |
| 17. Chart Indus | | None | J | T | Buy | 11/22/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18. | | | | | | | | | |
| 19. Sun Microsystems | | None | | | Sold | 01/28/10 | J | A | |
| 20. | | | | | | | | | |
| 21. Capital World Bd Fd | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 22. | | | | | | | | | |
| 23. Capital World G.B. | A | Dividend | | | Sold | 10/18/10 | J | A | |
| 24. | | | | | | | | | |
| 25. Euro Pac Bond Fund | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. IRA (See Explanation) | A | Dividend | K | T | | | | | |
| 29. Blackrock Funds - Large Cap Value | | | | | Sold (part) | 03/31/10 | J | | |
| 30. | | | | | Sold (part) | 06/09/10 | J | | |
| 31. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 32. | | | | | | | | | |
| 33. John Hancock - Large Cap Equity Fund | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Goldman Sachs TR Fin Mkt Fund | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. Loomis Sayles Funds IT Strategic Inc. Fund | | | | | Sold (part) | 03/31/10 | J | | |
| 41. | | | | | Sold (part) | 06/09/10 | J | | |
| 42. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 43. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 44. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. MFS Resh Int'l Fund | | | | | Sold (part) | 07/09/10 | J | | |
| 48. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 49. | | | | | | | | | |
| 50. Oppenheimer Int'l Bond Fund | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Oppenheimer Small Cap Value Fund | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. Oppenheimer Int'l Small Co Fund | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. Satuit Cap Micro Cap Fund | | | | | Buy (add'l) | 06/10/10 | J | | |
| 60. | | | | | | | | | |
| 61. American Funds Gr. Fund | | | | | Sold (part) | 06/09/10 | J | | |
| 62. | | | | | Sold (part) | 03/31/10 | J | | |
| 63. | | | | | | | | | |
| 64. Keeley Funds Small Cap Value | | | | | Sold (part) | 03/31/10 | J | | |
| 65. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 66. | | | | | | | | | |
| 67. Oppenheimer Gold & Sp. Minerals | | | | | Buy (add'l) | 06/09/10 | J | | |
| 68. | | | | | Sold (part) | 06/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/08/10 | J | | |
| 70. | | | | | | | | | |
| 71. Fidelity Advisor SPR 1 Leveraged Co Hb Fund | | | | | Buy (add'l) | 06/10/10 | J | | |
| 72. | | | | | Sold (part) | 06/10/10 | J | | |
| 73. | | | | | Sold (part) | 03/31/10 | J | | |
| 74. | | | | | | | | | |
| 75. Permanent Portfolio Fd | | | | | Buy | 06/09/10 | J | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. ISORAY | | None | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. Lattice Semi | | None | | | Sold | 05/04/10 | J | C | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Valero Energy | A | Dividend | J | T | Buy (add'l) | 04/20/10 | J | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. Mosaic | | None | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. Hecla Mining | | None | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. GDX Goldminers ETF | A | Dividend | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. Curtiss-Wright | A | Dividend | J | T | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. Northwestern Mutual (NML) Insurance Policies | | | | | | | | | |
| 99. Whole Life XXX113 | A | Dividend | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. NML Whole Life XXX188 | A | Dividend | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103. NML Whole Life XXX510 | B | Dividend | K | T | | | | | |
| 104. | | | | | | | | | |
| 105. NML Whole Life XXX698 | A | Dividend | K | T | | | | | |
| 106. | | | | | | | | | |
| 107. NML Extraord. Life 403 | B | Dividend | K | T | | | | | |
| 108. | | | | | | | | | |
| 109. NML Adjustable Comp XXX100 | C | Dividend | K | T | | | | | |
| 110. | | | | | | | | | |
| 111. NML 65 Life 913 (see explanation) | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. NML 65 Life 473 (see explanation) | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. NML Whole Life 437 (see explanation) | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. NML Whole Life 800 | | None | J | T | Buy | 10/14/10 | J | | |
| 118. | | | | | | | | | |
| 119. Kinross Gold | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Potash Corp. | A | Dividend | | | Sold | 10/18/10 | J | D | |
| 122. | | | | | | | | | |
| 123. Tesco Corp. | | None | | | Sold | 01/13/10 | J | B | |
| 124. | | | | | | | | | |
| 125. Powershares Wilderhill Clean Energy | | None | | | Sold | 12/22/10 | J | A | |
| 126. | | | | | | | | | |
| 127. Select SPDR Energy | A | Dividend | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. Prudent Bear Fund | | None | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. Janus Short Term Bond Fund | A | Interest | | | Sold | 09/20/10 | J | A | |
| 132. | | | | | | | | | |
| 133. Nuveen Ltd Term Muni Bond Fund | A | Interest | | | Sold | 12/08/10 | J | | |
| 134. | | | | | | | | | |
| 135. Advanced Analogic Technologies | | None | | | Sold | 01/21/10 | J | A | |
| 136. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. AT&T | A | Dividend | | | Sold | 01/13/10 | J | | |
| 138. | | | | | | | | | |
| 139. Cantango Oil & Gas (see Explanation) | | None | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. Eldorado Gold | | None | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Frontier Common. (see Explanation) | A | Dividend | | | Buy | 01/13/10 | J | | |
| 144. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 145. | | | | | Sold | 12/08/10 | J | A | |
| 146. | | | | | | | | | |
| 147. Terranova Royalty Corp. (see Explanation) | | None | | | Buy | 04/22/10 | J | | |
| 148. | | | | | Sold | 05/03/10 | J | | |
| 149. | | | | | | | | | |
| 150. Verizon Comm. | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 151. | | | | | | | | | |
| 152. ishares Japan Fd. | A | Dividend | J | T | Buy | 03/22/10 | J | | |
| 153. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Cisco Sys | | None | J | T | Buy | 03/09/10 | J | | |
| 155. | | | | | | | | | |
| 156.  Click Software Tech. | | None | J | T | Buy | 03/31/10 | J | | |
| 157. | | | | | | | | | |
| 158.  Chart Indus | | None | J | T | Buy | 03/31/10 | J | | |
| 159. | | | | | | | | | |
| 160.  Nanov:Ricides | | None | J | T | Buy | 03/31/10 | J | | |
| 161. | | | | | | | | | |
| 162.  Neural Stem Inc. | | None | J | T | Buy | 04/20/10 | J | | |
| 163. | | | | | | | | | |
| 164.  S&P North Amer Tech Fd | A | Dividend | J | T | Buy | 04/13/10 | J | | |
| 165. | | | | | | | | | |
| 166.  E-Bay Inc. | | None | J | T | Buy | 05/13/10 | J | | |
| 167. | | | | | | | | | |
| 168.  International Stem Cell Corp. | | None | J | T | Buy | 05/13/10 | J | | |
| 169. | | | | | | | | | |
| 170.  Pro-Pharmaceuticals | | None | J | T | Buy | 05/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172. Brigus Gold | | None | J | T | Buy | 12/10/10 | J | | |
| 173. | | | | | | | | | |
| 174. Capstone Turbine | | None | J | T | Buy | 03/09/10 | J | | |
| 175. | | | | | Buy<br>(add'l) | 05/04/10 | J | | |
| 176. | | | | | | | | | |
| 177. TTi Team Telecom | | None | | | Buy | 01/21/10 | J | | |
| 178. | | | | | Sold | 03/04/10 | J | | |
| 179. Globe Specialty Metals | A | Dividend | J | T | Buy | 10/07/10 | J | | |
| 180. | | | | | | | | | |
| 181. iNovio Pharmaceuticals | | None | J | T | Buy | 09/01/10 | J | | |
| 182. Argentex Mining (see Explanation) | | None | J | T | Buy | 09/17/10 | J | | |
| 183. | | | | | | | | | |
| 184. Wells Fargo Warrants | | None | J | T | Buy | 09/17/10 | J | | |
| 185. | | | | | | | | | |
| 186. Apple Inc. | | None | J | T | Buy | 09/23/10 | J | | |
| 187. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. First Trust High Income Long/Short FD | A | Dividend | J | T | Buy | 09/27/10 | J | | |
| 189. | | | | | | | | | |
| 190. CenturyLink Inc. | | None | J | T | Buy | 12/08/10 | J | | |
| 191. | | | | | | | | | |
| 192. Morgan Stanley Smith Barney Unified Managed Acct-est 12/10/10 | | | | | | | | | |
| 193. Cambiar Small Cap Fd | | None | J | T | Buy | 12/10/10 | J | | |
| 194. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 195. | | | | | | | | | |
| 196. Blackrock Inflation Preferred Bond Port | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 197. | A | Distribution | | | Buy (add'l) | 12/15/10 | J | | |
| 198. | | | | | | | | | |
| 199. Eaton Vance Commodity Strategy Fd | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 200. | A | Distribution | | | Buy (add'l) | 12/15/10 | J | | |
| 201. | | | | | | | | | |
| 202. Eaton Vance Large Cap Value Fund | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 203. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Eaton Vance Income Fund of Boston | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 206. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 207. | | | | | | | | | |
| 208. Goldman Sachs Growth Opp. Fd. | | None | J | T | Buy | 12/10/10 | J | | |
| 209. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 210. | | | | | | | | | |
| 211. Goldman Sachs Absolute Return Tracker | | None | J | T | Buy | 12/10/10 | J | | |
| 212. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 213. | | | | | | | | | |
| 214. Ing Global Real Estate | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 215. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 216. | | | | | | | | | |
| 217. JP Morgan Dynamic Small Cap Growth | | None | J | T | Buy | 12/10/10 | J | | |
| 218. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 219. | | | | | | | | | |
| 220. Lazard Emerging Mkts Port | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 221. | | | | | Buy (add'l) | 12/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | | | | | |
| 223. Legg Mason Western Asset Int. Muni. | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 224. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 225. | | | | | | | | | |
| 226. Mainstay Large Cap Growth Fd | | None | J | T | Buy | 12/10/10 | J | | |
| 227. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 228. | | | | | | | | | |
| 229. Pimco Funds Emerging Local Bond | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 230. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 231. | | | | | | | | | |
| 232. Rydex SGI Managed Futures Strategy Fd | | None | J | T | Buy | 12/10/10 | J | | |
| 233. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 234. | | | | | | | | | |
| 235. TCW Value Opportunities Fund | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 236. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 237. | | | | | | | | | |
| 238. Templeton Global Bond Fund Advisor Class | A | Dividend | J | T | Buy | 12/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 240. | | | | | | | | | |
| 241.   Thornburg Int'l Value Fund | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 242. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 7/25/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation of line items contained in Part VII.

Lines 3 and 5 - Smith Barney Money Market fund includes deposits in that fund which the broker has moved into their Bank Deposit program.

Line 28 - The IRA was established from my Thrift Savings Plan, all capital gains and dividends are re-invested. Periodically, small numbers of shares are sold to pay the trustee's fees. These are reported. This income is aggregated and not reported for each separate fund.

Lines 111, 115- These policies were inadvertently omitted from previous reports. The line entries are accurate for years 2005-2009 inclusive and this is a self-intitated amendment to those reports.

Line 113 - This policy was inadvertently omitted from previous reports. The line entry is accurate for the years 2008 and 2009 inclusive and this is a self-initiated amendment to those reports.

Line 147 - Terra Nova Royalty Corp. This sale transaction is the result of the split-up of KHD Humbolt WEDAG. That security was exempt from reporting (see my 2008 Report line 163 and explanation) and remained so until the divisive reorganization. The resulting share of KHD remains exempt. The Terra Nova Realty is reported here as an exchange and sale.

Line 143 - Frontier Comm. The initial transaction is a spinoff from Verizon followed by additional purchase and sale.

Line 139 - Contango Oil & Gas. This company spun off Contango Ore. The spun off shares are exempt from reporting.

Line 182 - ARGENTEX Mining. This is actually an additional purchase. This has been exempt from reporting but has now reached a level that reporting is required.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ GRAHAM C. MULLEN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544